McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-MC-00097-GEB-GGH |
| Plaintiff, | CONSENT JUDGMENT OF FORFEITURE |
| v. | |
| CREDIT CARD READER, | |
| Defendant. | |
| DAVID MICHAEL SAWYER, | |
| Potential Claimant. | |

Pursuant to the Stipulation for Consent Judgment of Forfeiture, the Court finds:

1. On March 1, 2007, David Michael Sawyer was indicted pursuant to 18 U.S.C. §§ 1708, 1029(a)(3) and 1029(a)(4).

2. On December 21, 2006, a Stockton police officer arrested David Michael Sawyer (hereafter "Sawyer") in a car which had been reported stolen after providing a false California Driver's license with the name of "Kurtis Helena." The officers searched Sawyer incident to arrest and found one false ID and three credit cards in the name of "Santiago Lopez." After searching the car incident to

1

arrest, and a lawful inventory search, the officers found a volume of stolen mail, credit cards, a credit card reader, a lap top computer, convenience and blank checks, and other documents.

3.   On or about July 31, 2007, a plea agreement was entered in *U.S. v. David Michael Sawyer*, 2:07-CR-00073-LKK, wherein Sawyer pled guilty to a violation of 18 U.S.C. § 1708 - Possession of Stolen Mail.  Sawyer also agreed tp forfeit to the United States voluntarily and immediately all of his right, title, and interest to any and all assets subject to forfeiture as set forth in the Indictment.  The credit card reader was listed in the forfeiture allegation of that Indictment.  Sawyer also agreed to fully assist the government in the forfeiture of the listed assets and to take whatever steps were necessary to pass clear title to the United States.

4.   Sawyer acknowledges that he is the sole owner of the defendant credit card reader and that no other person or entity has any legitimate claim of interest therein.  Should any person or entity institute any kind of claim or action against the government with regard to its forfeiture of the defendant credit card reader, Sawyer shall hold harmless and indemnify the United States, as set forth below.

5.   This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355, as this is the judicial district in which acts or omissions giving rise to the forfeiture occurred.

6.   This Court has venue pursuant to 28 U.S.C. § 1395, as this is the judicial district in which the property was seized.

7.   The parties herein desire to settle this matter pursuant to the terms of a duly executed Stipulation for Consent Judgment of

Forfeiture.

Based upon the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

8. The Court adopts the Stipulation for Consent Judgment of Forfeiture entered into by and between the parties.

9. All right, title, and interest in the credit card reader seized on or about December 21, 2006, shall be forfeited to the United States pursuant to 18 U.S.C. § 1029(c)(1)(C), to be disposed of according to law.

10. Plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents and employees, are released from any and all liability arising out of or in any way connected with the seizure and/or forfeiture of the defendant credit card reader. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure and/or forfeiture, as well as to those now known or disclosed. The parties to the Stipulation filed herein have agreed to waive the provisions of California Civil Code § 1542, which provides: **"A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."**

11. Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court finds that there was reasonable cause for the seizure of the defendant credit card reader, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

12. All parties will bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: October 8, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

**CERTIFICATE OR REASONABLE CAUSE**

Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the above-described credit card reader.

Dated: October 8, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

4